UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY ROBERT SHIREY, | ) | CASE NO.  5:25-cv-01016 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | **ORDER** |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge

Reuben J. Sheperd recommending that the decision of the Commissioner of Social Security

("Commissioner") denying the application of Plaintiff Terry Robert Shirey ("Plaintiff") for

disability insurance benefits be affirmed.  (Doc. 13.)

Under the relevant statute:

Within fourteen days after being served with a copy, any party may serve and file
written objections to such proposed findings and recommendations as provided by
rules of court.  A judge of the court shall make a de novo determination of those
portions of the report or specified proposed findings or recommendations to which
objection is made.

28 U.S.C. § 636(b)(1)(C) (flush language).

The R&R was issued on March 12, 2026.  (Doc. 13.)  Plaintiff is represented by counsel.

(Doc. 1 at 2.)  No objection to the R&R has been filed, and the deadline for doing so has passed.

The failure to timely file written objections to a report and recommendation of a magistrate judge

constitutes a waiver of *de novo* review by the district court.  *United States v. Walters*, 638 F.2d

947, 949-50 (6th Cir. 1981); *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140,

106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).  The failure to file written objections also results in a

waiver of the right to appeal.  *Thomas*, 728 F.2d at 815.

The Court has reviewed the R&R and adopts the same.  Accordingly, the final decision of

the Commissioner of Social Security denying Plaintiff's application for disability insurance

benefits is AFFIRMED.


**IT IS SO ORDERED.**


Date:   April 2, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE